Taylor Washburn, WSBA No. 51524
BALLARD SPAHR LLP
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone:  206.223.7000
washburnt@ballardspahr.com

*Attorneys for Plaintiffs RACOM
Corporation and Eastern Communications,
Ltd., LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| RACOM CORPORATION, a Delaware corporation and EASTERN COMMUNICATIONS, LTD., LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DEA INCORPORATED d/b/a FRONTLINE COMMUNICATIONS SYSTEMS, a Washington corporation; and STEVE MCLAUGHLIN, an individual,<br><br>Defendants. | Case No. 2:25-cv-00312<br><br>**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT** |

Under Federal Rule of Civil Procedure 7.1, Plaintiffs RACOM Corporation (RACOM) and Eastern Communications, Ltd., LLC (Eastern) state as follows:

1.  No publicly-held corporation owns more than 10 percent of RACOM's or Eastern's stock.

2.  RACOM is a private Delaware corporation. RACOM's parent corporation is RACOM Buyer Inc., a private Delaware corporation. RACOM Buyer Inc. is owned by Eastern Communications Guarantor LLC.

3. Eastern Communications, Ltd., LLC is an LLC incorporated in Delaware. Eastern's sole member is Eastern Communications Guarantor LLC.

4. The sole member of Eastern Communications Guarantor LLC is Eastern Communications Solutions, Inc., a private Delaware corporation.


DATED: August 18, 2025

BALLARD SPAHR LLP


By: */s/ Taylor Washburn*
    Taylor Washburn, WSBA No. 51524
    1301 Second Avenue, Suite 2800
    Seattle, Washington 98101
    Telephone:  206.223.7000
    washburnt@ballardspahr.com

*Attorneys for Plaintiffs RACOM Corporation*
*and Eastern Communications, Ltd., LLC*

PLAINTIFFS' RULE 7.1 DISCLOSURE
STATEMENT - 2
No. 2:25-cv-00312

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107