AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Washington

| | |
|---|---|
| RACOM CORPORATION, a Delaware corporation and EASTERN COMMUNICATIONS, LTD., LLC, a New York limited liability company, <br><br> *Plaintiff(s)* <br> v. <br> DEA INCORPORATED d/b/a FRONTLINE COMMUNICATIONS SYSTEMS, a Washington corporation; and STEVE MCLAUGHLIN, individually, <br><br> *Defendant(s)* | Civil Action No.  2:25-cv-00312-MKD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steve McLaughlin
9710 S. Darknell Rd.
Valleyford, WA 99036-8502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Taylor Washburn
Ballard Spahr LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101
washburnt@ballardspahr.com
(206) 223-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Aug 19, 2025, 12:00 pm

Date

SEAN F. McAVOY, Clerk