Bryce J. Wilcox, WSBA #21728
WITHERSPOON BRAJCICH McPHEE, PLLC
601 W. Main Ave., Suite 1400
Spokane, WA  99201
Phone: (509) 455-9077
Fax: (509) 624-6464
Email: bjwilcox@workwith.com

Attorneys for Defendants
DEA Incorporated and Steve McLaughlin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACOM CORPORATION, a Delaware corporation, and EASTERN COMMUNICATIONS, LTD., LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DEA INCORPORATED d/b/a FRONTLINE COMMUNICATIONS SYSTEMS, a Washington corporation and STEVE MCLAUGHLIN, an individual,<br><br>Defendants. | No. 2:25-cv-00312<br><br>DEFENDANTS DEA INCORPORATED d/b/a FRONTLINE COMMUNICATIONS SYSTEMS AND STEVE MCLAUGHLIN- NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Defendants DEA Incorporated d/b/a Frontline Communications Systems and Steve McLaughlin, without waiving insufficient service of process, lack of jurisdiction or any other defense, hereby make and enter their appearance in the above-entitled action by and through their

DEFENDANTS DEA INCORPORATED d/b/a FRONTLINE COMMUNICATIONS SYSTEMS AND STEVE MCLAUGHLIN - NOTICE OF APPEARANCE - 1



A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

attorney Bryce J. Wilcox of Witherspoon Brajcich McPhee, PLLC. All further papers and proceedings in this lawsuit, except original process, should be served upon Defendants DEA Incorporated d/b/a Frontline Communications Systems and Steve McLaughlin via the court's CM/ECF system, or in the appropriate circumstance, by delivering a copy to their counsel at the office address set forth below.

>    Bryce J. Wilcox
>    Witherspoon Brajcich McPhee, PLLC
>    601 W. Main Ave., Suite 1400
>    Spokane, WA 99201
>    Phone: (509) 455-9077

Respectfully submitted this 25th day of August, 2025.

>    WITHERSPOON BRAJCICH MCPHEE, PLLC
>
>    By: /s/*Bryce J. Wilcox*
>    Bryce J. Wilcox, WSBA #21728
>
>    Witherspoon Brajcich McPhee, PLLC
>    601 W. Main Ave., Suite 1400
>    Spokane, WA 99201
>    Phone: (509) 455-9077
>    Fax: (509) 624-6464
>    Email: bjwilcox@workwith.com
>
>    Attorneys for Defendants

DEFENDANTS DEA INCORPORATED d/b/a FRONTLINE COMMUNICATIONS SYSTEMS AND STEVE MCLAUGHLIN - NOTICE OF APPEARANCE - 2



A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing *Defendants DEA Incorporated d/b/a Frontline Communications Systems and Steve McLaughlin's Notice of Appearance* through the Court's CM/ECF system on the 25th day of August, 2025. Notification of this filing will be automatically sent to all counsel of record.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 25th day of August, 2025.

*/s/ Bryce J. Wilcox*
Bryce J. Wilcox, WSBA #21728

DEFENDANTS DEA INCORPORATED d/b/a FRONTLINE COMMUNICATIONS SYSTEMS AND STEVE MCLAUGHLIN - NOTICE OF APPEARANCE - 3



WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441