Bryce J. Wilcox, WSBA #21728
Nicholas C. Briggs, WSBA #63583
WITHERSPOON BRAJCICH MCPHEE, PLLC
601 W. Main Ave., Suite 1400
Spokane, WA  99201
Phone: (509) 455-9077
Fax: (509) 624-6464
Email: bwilcox@workwith.com

Attorneys for Defendants
DEA Incorporated and Steve McLaughlin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACOM CORPORATION, a Delaware corporation, and EASTERN COMMUNICATIONS, LTD., LLC, a New York limited liability company, | No. 2:25-cv-00312 |
| Plaintiffs, | DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES |
| v. | |
| DEA INCORPORATED d/b/a FRONTLINE COMMUNICATIONS SYSTEMS,  a Washington corporation and STEVE MCLAUGHLIN, an individual, | |
| Defendants. | |

COMES NOW Defendants DEA Incorporated d/b/a Frontline

Communications Systems ("Frontline") and Steve McLaughlin (collectively

"Defendants") by and through its attorney Bryce J. Wilcox of Witherspoon



Brajcich McPhee, PLLC, hereby submits their Answer to Plaintiff's Complaint and admits, denies, and alleges as follows:

## I.    PRELIMINARY STATEMENT

1.    Answering Paragraph 1 of the Complaint, Defendants admit McLaughlin is a former employee of RACOM Corporation ("RACOM") and is currently employed by Frontline. Defendants deny the remaining allegations of Paragraph 1 of the Complaint.

2.    Answering Paragraph 2 of the Complaint, Defendants deny the same.

3.    Answering Paragraph 3 of the Complaint, Defendants deny gaining access to the contents of the Dropbox, misappropriating RACOM's trade secrets or using Dropbox information to "court and service RACOM's customers."  As to the remainder of the allegations in Paragraph 3, Defendants lack sufficient information to either admit or deny the same and, therefore, the remaining allegations are denied.

4.    Answering Paragraph 4 of the Complaint, Defendants deny the same.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 2

WBM  WITHERSPOON BRAJCICH MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

5. Answering Paragraph 5 of the Complaint, Defendants deny the same.

## II.    <u>PARTIES</u>

6. Answering Paragraph 6 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

7. Answering Paragraph 7 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

8. Answering Paragraph 8 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

9. Answering Paragraph 9 of the Complaint, admitted.

10. Answering Paragraph 10 of the Complaint, it is admitted that Defendant McLaughlin resides in Spokane County. As to the remainder of the allegations contained in Paragraph 10 of the Complaint, denied.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 3

WBM
WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

### III.   <u>JURISDICTION AND VENUE</u>

11.    Answering Paragraph 11 of the Complaint, to the extent the allegations contain legal conclusions, no response is necessary.  To the extent a response is required, Defendants lack sufficient information to either admit or deny the allegations therein and, therefore, deny the same.

12.    Answering Paragraph 12 of the Complaint, to the extent the allegations contain legal conclusions, no response is necessary.  To the extent a response is required, Defendants lack sufficient information to either admit or deny the allegations therein and, therefore, deny the same.

13.    Answering Paragraph 13 of the Complaint, to the extent the allegations contain legal conclusions, no response is necessary.  To the extent a response is required, Defendants lack sufficient information to either admit or deny the allegations therein and, therefore, deny the same.

14.    Answering Paragraph 14 of the Complaint, to the extent the allegations contain legal conclusions, no response is necessary.  To the extent a response is required, Defendants lack sufficient information to either admit or deny the allegations therein and, therefore, deny the same.

**WBM** WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

# IV.  <u>FACTUAL ALLEGATIONS</u>

15.    Answering Paragraph 15 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

16.    Answering Paragraph 16 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

17.    Answering Paragraph 17 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

18.    Answering Paragraph 18 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

19.    Answering Paragraph 19 of the Complaint, Defendants admit the same.

20.    Answering Paragraph 20 of the Complaint, Defendants deny the same.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 5

WBM WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

21.     Answering Paragraph 21 of the Complaint, Defendants admit the same.

22.     Answering Paragraph 22 of the Complaint, Defendants admit that Mr. McLaughlin was a former employee of RACOM until he was terminated effective November 10, 2023, and was thereafter unemployed until starting with Frontline on May 6, 2024.  As to the remainder of Paragraph 22, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

23.     Answering Paragraph 23 of the Complaint, Defendants deny the same.

24.     Answering Paragraph 24 of the Complaint, Defendant Frontline admits it sells and repairs two-way radio systems and helps customers to acquire FCC licenses.   As to the remainder of the Paragraph 24, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

25.     Answering Paragraph 25 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 6



WBM WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

26.     Answering Paragraph 26 of the Complaint, Defendants admit the same.

27.     Answering Paragraph 27 of the Complaint, Defendants deny the same.

28.     Answering Paragraph 28 of the Complaint, Defendant McLaughlin admits receiving a letter from RACOM's attorney dated August 19, 2024, the contents of which speak for itself.

29.     Answering Paragraph 29 of the Complaint, Defendants admit that Frontline hired a technician in 2024 who had previously worked for RACOM.

30.     Answering Paragraph 30 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

31.     Answering Paragraph 31 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

32.     Answering Paragraph 32 of the Complaint, Defendants admit Avista is a customer. Defendants lack sufficient information to either admit or deny the remaining allegations and, therefore, they are denied.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 7

WBM  WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

33.     Answering Paragraph 33 of the Complaint, Defendants deny the same.

34.     Answering Paragraph 34 of the Complaint, Defendants admit that Lee Copple is a former RACOM employee who is currently employed by Frontline. As to the remainder of the Paragraph 34, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

35.     Answering Paragraph 35 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

36.     Answering Paragraph 36 of the Complaint, Defendants admit that Michael Geerhart is a former RACOM employee who is currently employed by Frontline.  Defendants lack sufficient information to either admit or deny the remaining allegations and, therefore, they are denied.

37.     Answering Paragraph 37 of the Complaint, Defendants deny the same.

38.     Answering Paragraph 38 of the Complaint, Defendants deny the same.

WBM  WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

39.     Answering Paragraph 39 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

40.     Answering Paragraph 40 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

41.     Answering Paragraph 41 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

42.     Answering Paragraph 42 of the Complaint, Defendants deny the same.

43.     Answering Paragraph 43 of the Complaint, Defendants deny the same.

44.     Answering Paragraph 44 of the Complaint, Defendants deny the same.

45.     Answering Paragraph 45 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

WBM  WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

46.     Answering Paragraph 46 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

47.     Answering Paragraph 47 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

48.     Answering Paragraph 48 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

49.     Answering Paragraph 49 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

50.     Answering Paragraph 50 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

51.     Answering Paragraph 51 of the Complaint, Defendants deny the same.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 10

WBM WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

52.     Answering Paragraph 52 of the Complaint, Defendants deny the same.

53.     Answering Paragraph 53 of the Complaint, Defendants deny the same.

54.     Answering Paragraph 54 of the Complaint, Defendants admit Mr. McLaughlin sent an email to Jill Beedle with Kittitas County on August 7, 2025. Defendants deny Plaintiffs' characterization of that email, the content of which speaks for itself.

55.     Answering Paragraph 55 of the Complaint, Defendants deny the same.

56.     Answering Paragraph 56 of the Complaint, Defendants deny the same.

57.     Answering Paragraph 57 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

58.     Answering Paragraph 58 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

WBM WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

59.     Answering Paragraph 59 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

60.     Answering Paragraph 60 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

61.     Answering Paragraph 61 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

62.     Answering Paragraph 62 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

63.     Answering Paragraph 63 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

64.     Answering Paragraph 64 of the Complaint, Defendants deny the same.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 12

WBM   WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

65.     Answering Paragraph 65 of the Complaint, Defendants deny the same.

66.     Answering Paragraph 66 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

67.     Answering Paragraph 67 of the Complaint, Defendants deny the same.

68.     Answering Paragraph 68 of the Complaint, Defendants deny the same.

69.     Answering Paragraph 69 of the Complaint, Defendants deny the same.

## V.     CAUSES OF ACTION

70.     Answering Paragraph 70 of the Complaint, Defendants reallege the responses stated in paragraphs 1-69 above.

71.     Answering Paragraph 71 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 13

WBM
WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

72.     Answering Paragraph 72 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

73.     Answering Paragraph 73 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

74.     Answering Paragraph 74 of the Complaint, Defendants deny the same.

75.     Answering Paragraph 75 of the Complaint, Defendants deny the same.

76.     Answering Paragraph 76 of the Complaint, Defendants deny the same.

77.     Answering Paragraph 77 of the Complaint, Defendants deny the same.

78.     Answering Paragraph 78 of the Complaint, Defendants deny the same.

79.     Answering Paragraph 79 of the Complaint, Defendants deny the same.

WBM WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

80.     Answering Paragraph 80 of the Complaint, Defendants deny the same.

81.     Answering Paragraph 81 of the Complaint, Defendants reallege the responses stated in paragraphs 1-80 above.

82.     Answering Paragraph 82 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

83.     Answering Paragraph 83 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

84.     Answering Paragraph 84 of the Complaint, Defendants deny the same.

85.     Answering Paragraph 85 of the Complaint, Defendants deny the same.

86.     Answering Paragraph 86 of the Complaint, Defendants deny the same.

87.     Answering Paragraph 87 of the Complaint, Defendants deny the same.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 15

WBM  WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

88.    Answering Paragraph 88 of the Complaint, Defendants deny the same.

89.    Answering Paragraph 89 of the Complaint, Defendants deny the same.

90.    Answering Paragraph 90 of the Complaint, Defendants deny the same.

91.    Answering Paragraph 91 of the Complaint, Defendants reallege the responses stated in paragraphs 1-90 above.

92.    Answering Paragraph 92 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

93.    Answering Paragraph 93 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

94.    Answering Paragraph 94 of the Complaint, Defendants deny the same.

95.    Answering Paragraph 95 of the Complaint, Defendants deny the same.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 16

WBM  WITHERSPOON
     BRAJCICH
     MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

96.     Answering Paragraph 96 of the Complaint, Defendants deny the same.

97.     Answering Paragraph 97 of the Complaint, Defendants deny the same.

98.     Answering Paragraph 98 of the Complaint, Defendants deny the same.

99.     Answering Paragraph 99 of the Complaint, to the extent the allegations contain legal conclusions, no response is necessary.   Plaintiffs' ability to amend is governed by applicable law and court rules.


## VI.     DEFENDANT'S AFFIRMATIVE DEFENSES

Subject to further discovery and investigation, Defendants asserts the following affirmative defenses to Plaintiffs' Complaint, and each cause of action therein:

1.     **Failure to State a Claim -** Plaintiffs' Complaint fails to a claim upon which relief can be granted.

2.     **No Trade Secret Exists –** Plaintiffs' claims fail because some or all of the information Plaintiffs claim as trade secret does not qualify for

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 17



A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

protection under WUTSA or DTSA because it is: (a) generally known to the public, (b) readily ascertainable by proper means, or (c) lacks in independent economic value.

3.    **No Reasonable Measures to Protect Secrecy –** Some or all of Plaintiffs' claims fail because Plaintiffs failed to take reasonable measures to maintain the secrecy of the alleged trade secrets.

4.    **Independent Development -** Some or all of Plaintiffs' claims fail as information possessed or used by Defendants was developed independently without access to or use of Plaintiffs' alleged trade secrets.

5.    **Prior Knowledge -** Some or all of Plaintiffs' claims fail because Defendants had prior lawful knowledge of the information alleged to be a trade secret obtained through legitimate means before any alleged misappropriation.

6.    **Statute of Limitations -** Some or all of Plaintiffs' claims fail to the extent they have not been asserted within the applicable statute of limitations.

7.    **No Misappropriation Occurred -** Some or all of Plaintiffs' claims fail because Defendants did not acquire, disclose, or use any trade secret of Plaintiffs through improper means.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 18

**WBM** WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

8.      **Legitimate Business Justification -** Some or all of Plaintiffs' claims fail because any improper conduct alleged by Plaintiffs was justified by a legitimate business purpose and not undertaken to gain improper access to Plaintiffs' confidential information.

9.      **Equitable Doctrines (Waiver, Estoppel, Laches, Unclean Hands) -** Some or all of Plaintiffs' claims fail and are barred, in whole or in part, by one or more equitable doctrines, including, waiver, estoppel, laches or unclean hands.

10.     **Failure to Mitigate -** Some or all of Plaintiffs' claims fail to the extent Plaintiffs failed to mitigate their alleged damages, if any.

11.     **Intervening or superseding cause** – Some, or all, of the damages alleged to have occurred due to Defendants alleged unlawful conduct were not proximately caused by the Defendants' conduct due to independent acts or factors breaking the causal chain.

12.     **Reservation of Rights -** Defendants reserve the right to assert additional defenses as they become known through discovery or further factual investigation.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 19

**WBM** WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

## **PRAYER FOR RELIEF**

WHEREFORE, having fully answered the allegations contained in the Complaint, and having asserted its affirmative defenses, Defendants pray that:

1.    Plaintiffs' requests for relief be denied;

2.    Plaintiffs take nothing under the Complaint, and that the Complaint be dismissed with prejudice;

3.    Judgment be entered in favor of Defendants;

4.    The Court award Defendants the costs, expenses, and attorneys' fees incurred to defend against the claims asserted in the Complaint; and

5.    For such other and further relief as the Court may deem just, equitable, and proper.


Respectfully submitted this 4th day of September 2025.


WITHERSPOON BRAJCICH MCPHEE, PLLC


By:  /s/*Bryce J. Wilcox*
      Bryce J. Wilcox, WSBA #21728
      Nicholas C. Briggs, WSBA #63583
      Witherspoon Brajcich McPhee, PLLC
      601 W. Main Ave., Suite 14000
      Spokane, WA 99201
      Phone: (509) 455-9077

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 20



A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

Fax: (509) 624-6464
Email: bwilcox@workwith.com

Attorneys for Defendants DEA
Incorporated and Steve McLaughlin

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing *Defendant DEA Incorporated d/b/a Frontline Communication System and Steve McLaughlin's Answer* through the Court's CM/ECF system on the 4th day of September 2025.  Notification of this filing will be automatically sent to all counsel of record.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 4th day of September 2025.


*/s/ Bryce J. Wilcox*
Bryce J. Wilcox, WSBA #21728

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S ANSWER - 21



A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441