FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACOM CORPORATION, a Delaware corporation, and EASTERN COMMUNICATIONS, LTD., LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DEA INCORPORATED d/b/a FRONTLINE COMMUNICATIONS SYSTEMS, a Washington corporation and STEVE MCLAUGHLIN, an individual,<br><br>Defendants. | No. 2:25-CV-00312-MKD<br><br>**NOTICE SETTING SCHEDULING CONFERENCE** |

**A. Scheduling Conference – By Video Conference**

**HEARING DATE AND TIME: October 3, 2025 at 10:30 AM**

The Court will hold a video scheduling conference on the date and time noted above.  Counsel and pro se parties will be provided connection instructions via email two days prior to the hearing.  Parties must use a headset and mute their phone unless they are addressing the Court.  No recording or rebroadcasting is permitted.

NOTICE SETTING SCHEDULING CONFERENCE - 1

**B.** The provisions of Fed. R. Civ. P. 26 apply. The parties shall confer at least **fourteen (14) days** in advance of the scheduling conference and shall include the following in the Rule 26 Report:

1. whether the parties have notified the Clerk's Office if they consent to the case being heard by a full-time U.S. Magistrate Judge, *see* 28 U.S.C. § 636;

2. whether jurisdiction and venue exist and if they do exist, the basis for each;

3. whether service is complete and, if not, a deadline for completion;

4. a brief description of the claims and defenses;

5. whether a statute's constitutionality is being challenged, *see* Fed. R. Civ. P. 5.1, and whether the required notice has been provided;

6. whether the matter may be pursued as a class action, and if so, 1) a suggested deadline for filing a motion for class certification, and 2) what type of class action may be pursued, *see* Fed. R. Civ. P. 23;

7. whether any issues should be certified to a state supreme court;

8. suggested deadline for amending the pleadings;

9. suggested deadline for adding additional parties;

10. whether all non-governmental corporate parties have filed the necessary ownership statement, *see* Fed. R. Civ. P. 7.1;

11. whether the case involves a minor or incompetent party and whether the appointment of a guardian ad litem is necessary, *see* LCivR 17(c)

12. Discovery:

    - suggested deadline for initial disclosures, see Fed. R. Civ. P. 26(a)(1) if not already completed;
    - subjects on which discovery may be needed;
    - any issues about preserving discoverable information, including electronically stored information;

NOTICE SETTING SCHEDULING CONFERENCE - 2

- claims of privilege or protection;
- proposed modifications to the standard discovery procedures, including bifurcation and/or consolidation of discovery, or an increase in the allowed number of depositions (10), interrogatories (25), requests for production (30), or requests for admission (15);
- suggested expert disclosure deadlines;
- suggested discovery cut-off; and
- any anticipated Fed. R. Evid. 502 agreement relating to inadvertent disclosures;

13. proposed protective orders/confidentiality agreements which shall be submitted as an attachment to the Rule 26(f) report;

14. anticipated motions and suggested dispositive motion filing deadline;

15. Trial:

    - whether a jury has been requested. In cases removed from state court in which a party desires a jury trial, a jury demand must be filed within 30 days after removal, *see* LCivR 38(d);
    - suggested trial date(s) and suggested location;
    - length of trial (total days needed for all parties);
    - requests for bifurcation; and
    - the need for special audio/visual courtroom technology;

16. Mediation:

    - suggested deadline for referral to the magistrate judge for mediation;
    - efforts the parties have already made towards settlement;
    - any barriers to productive mediation which exist at this time; and

17. any other matters which may be conducive to the just, efficient, and economical determination of the action or proceeding, including the definition or limitation of issues.

NOTICE SETTING SCHEDULING CONFERENCE - 3

**C.** By **September 26, 2025** the parties shall file the following:

1. **Consent Form**: The parties shall complete the attached Consent Form and return it to the Clerk of the Court, as instructed, advising whether the parties consent to this case being tried by a United States Magistrate Judge. See 28 U.S.C. § 636 as amended;

2. **Statement Identifying Corporate Information**: Any non-governmental corporate party to this action shall file a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock. Counsel have an ongoing responsibility to supplement this information;

3. **Joint Status Report (Fed. R. Civ. P. 26(f))**: The parties shall file a Joint Status Report (or separate reports if necessary), reflecting the results of their conference and the parties' position with respect to **each subject outlined in section B** of this Notice.

**D.** The following dates will be outlined in an Order after the status conference. Be prepared to discuss these deadlines if there are any changes.

| | |
|---|---|
| Plaintiff's expert disclosures | 270 days before trial |
| Defendant's expert disclosures | 240 days before trial |
| Rebuttal expert disclosures | 210 days before trial |
| Motion to Amend/Add Parties | 210 days before trial |
| All written discovery served | 70 days before discovery cutoff |
| Motions to Compel | 30 day before discovery cutoff |
| Daubert motions | 143 days before trial |
| Referral for Settlement Conference | 150 days before trial |
| Discovery Cutoff | 150 days before trial |

NOTICE SETTING SCHEDULING CONFERENCE - 4

| | |
|---|---|
| Notice of To-Be-Adjudicated Claims and Affirmative Defenses | 143 days before trial |
| Dispositive motions | 143 days before trial |
| Deposition designations | 63 days before trial |
| Cross designations | 49 days before trial |
| Objections to designations | 35 days before trial |
| Exhibit/Witness Lists | 56 days before trial |
| Objections to Exhibit/Witness Lists | 49 days before trial |
| Response to Exhibit/Witness objections | 42 days before trial |
| Motions in Limine | 56 days before trial |
| Response to Motions in Limine | 49 days before trial |
| Replies to Motions in Limine | 42 days before trial |
| Joint Proposed Pretrial Order | 35 days before trial |
| Trial Briefs, voir dire | 35 days before trial |
| Jury Instructions (Agreed/Disputed) | 35 days before trial |
| Memo object to disputed Jury Instructions | 35 days before trial |
| Pretrial Conference/Motion in Limine Hrg | 21 days before trial |

Counsel are expected to comply with the spirit of Rule 26 and seek to minimize the time and expense of discovery.

An attorney who will try the case is required to participate in the scheduling conference.

DATED September 4, 2025.

SEAN F. MCAVOY, District Court Executive

*s/ Cora Vargas*
CORA VARGAS, Deputy Clerk

NOTICE SETTING SCHEDULING CONFERENCE - 5