## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| Plaintiff(s),<br><br>v.<br><br><br><br><br><br>Defendant(s).<br>_____ | )<br>)<br>)  **Case Number:**<br>)<br>)  **CONSENT TO PROCEED**<br>)  **BEFORE A UNITED STATES**<br>)  **MAGISTRATE JUDGE**<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. 636(c), the parties in the captioned matter waive their right to proceed before a Judge of the United States District Court and consent to have a full-time United States Magistrate Judge conduct all further proceedings, including the trial and entry of the order of judgment. The parties are aware that appeals lie directly to the United States Court of Appeals for this Circuit.

Plaintiff(s) Counsel:                                   Defendant(s) Counsel:

_____        _____
Typed Name                                              Typed Name

_____        _____
Signature                                               Signature

_____        _____
Date                                                    Date

## ORDER

**IT IS ORDERED** that the captioned matter be referred to full-time United States Magistrate Judge _____, who will conduct all further proceedings and enter judgment pursuant to 28 U.S.C. 636(c), under the parties' consent. The Clerk of the Court and counsel are directed to **use the Magistrate Judge initials on all future pleadings**.

_____        _____
DATED                                                   UNITED STATES DISTRICT JUDGE

If you do not wish to consent to a Magistrate Judge, please return this page to:

Sean F. McAvoy, Clerk of Court
U.S. District Court, Eastern District of Washington
P.O. Box 1493
Spokane, WA 99210-1493
Or by email to: consentforms@waed.uscourts.gov

Your response will remain confidential and will not be reflected in the file.

  I *do not* consent to a Magistrate Judge.

Case Name: _____

Case Number: _____

Name of Attorney: _____

Name of Party: _____

Signature of Attorney: _____


***This document is confidential.   Please do not electronically file this document.**