Bryce J. Wilcox, WSBA #21728
Nicholas C. Briggs, WSBA #63583
WITHERSPOON BRAJCICH MCPHEE, PLLC
601 W. Main Ave., Suite 1400
Spokane, WA 99201
Phone: (509) 455-9077
Fax: (509) 624-6464
Email: bwilcox@workwith.com, nbriggs@workwith.com

Attorneys for Defendants
DEA Incorporated and Steve McLaughlin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACOM CORPORATION, a Delaware corporation, and EASTERN COMMUNICATIONS, LTD., LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DEA INCORPORATED d/b/a FRONTLINE COMMUNICATIONS SYSTEMS, a Washington corporation and STEVE MCLAUGHLIN, an individual,<br><br>Defendants. | No. 2:25-cv-00312<br><br>DEFENDANTS' AMENDED ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, and JURY DEMAND |

COMES NOW Defendants DEA Incorporated d/b/a Frontline

Communications Systems ("Frontline") and Steve McLaughlin (collectively

"Defendants") by and through its attorney Bryce J. Wilcox of Witherspoon

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 1



WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

Brajcich McPhee, PLLC, hereby submits their Answer to Plaintiff's Complaint and admits, denies, and alleges as follows:

## I.     PRELIMINARY STATEMENT

1.     Answering Paragraph 1 of the Complaint, Defendants admit McLaughlin is a former employee of RACOM Corporation ("RACOM") and is currently employed by Frontline. Defendants deny the remaining allegations of Paragraph 1 of the Complaint.

2.     Answering Paragraph 2 of the Complaint, Defendants deny the same.

3.     Answering Paragraph 3 of the Complaint, Defendants deny gaining access to the contents of the Dropbox, misappropriating RACOM's trade secrets or using Dropbox information to "court and service RACOM's customers." As to the remainder of the allegations in Paragraph 3, Defendants lack sufficient information to either admit or deny the same and, therefore, the remaining allegations are denied.

4.     Answering Paragraph 4 of the Complaint, Defendants deny the same.

5.     Answering Paragraph 5 of the Complaint, Defendants deny the same.

//

//

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 2

WBM  WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

## II.     PARTIES

6.     Answering Paragraph 6 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

7.     Answering Paragraph 7 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

8.     Answering Paragraph 8 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

9.     Answering Paragraph 9 of the Complaint, admitted.

10.     Answering Paragraph 10 of the Complaint, it is admitted that Defendant McLaughlin resides in Spokane County. As to the remainder of the allegations contained in Paragraph 10 of the Complaint, denied.

## III.     JURISDICTION AND VENUE

11.     Answering Paragraph 11 of the Complaint, to the extent the allegations contain legal conclusions, no response is necessary.  To the extent a

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 3

WBM WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

response is required, Defendants lack sufficient information to either admit or deny the allegations therein and, therefore, deny the same.

12.     Answering Paragraph 12 of the Complaint, to the extent the allegations contain legal conclusions, no response is necessary.  To the extent a response is required, Defendants lack sufficient information to either admit or deny the allegations therein and, therefore, deny the same.

13.     Answering Paragraph 13 of the Complaint, to the extent the allegations contain legal conclusions, no response is necessary.  To the extent a response is required, Defendants lack sufficient information to either admit or deny the allegations therein and, therefore, deny the same.

14.     Answering Paragraph 14 of the Complaint, to the extent the allegations contain legal conclusions, no response is necessary.  To the extent a response is required, Defendants admit venue is proper.

## IV.     FACTUAL ALLEGATIONS

15.     Answering Paragraph 15 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 4

WBM   WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

16.     Answering Paragraph 16 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

17.     Answering Paragraph 17 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

18.     Answering Paragraph 18 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

19.     Answering Paragraph 19 of the Complaint, Defendants admit the same.

20.     Answering Paragraph 20 of the Complaint, Defendants deny the same.

21.     Answering Paragraph 21 of the Complaint, Defendants admit the same.

22.     Answering Paragraph 22 of the Complaint, Defendants admit that Mr. McLaughlin was a former employee of RACOM until he was terminated effective November 10, 2023, and was thereafter unemployed until starting with Frontline on May 6, 2024.  As to the remainder of Paragraph 22, Defendants lack sufficient

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 5



A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

information to either admit or deny the allegations and, therefore, the allegations are denied.

23.     Answering Paragraph 23 of the Complaint, Defendants deny the same.

24.     Answering Paragraph 24 of the Complaint, Defendant Frontline admits it sells and repairs two-way radio systems and helps customers to acquire FCC licenses.  As to the remainder of the Paragraph 24, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

25.     Answering Paragraph 25 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

26.     Answering Paragraph 26 of the Complaint, Defendants admit the same.

27.     Answering Paragraph 27 of the Complaint, Defendants deny the same.

28.     Answering Paragraph 28 of the Complaint, Defendant McLaughlin admits receiving a letter from RACOM's attorney dated August 19, 2024, the contents of which speak for itself.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 6

**WBM** WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

29.    Answering Paragraph 29 of the Complaint, Defendants admit that Frontline hired a technician in 2024 who had previously worked for RACOM.

30.    Answering Paragraph 30 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

31.    Answering Paragraph 31 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

32.    Answering Paragraph 32 of the Complaint, Defendants admit Avista is a customer. Defendants lack sufficient information to either admit or deny the remaining allegations and, therefore, they are denied.

33.    Answering Paragraph 33 of the Complaint, Defendants deny the same.

34.    Answering Paragraph 34 of the Complaint, Defendants admit that Lee Copple is a former RACOM employee who is currently employed by Frontline. As to the remainder of the Paragraph 34, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 7

**WBM** WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

35.     Answering Paragraph 35 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

36.     Answering Paragraph 36 of the Complaint, Defendants admit that Michael Geerhart is a former RACOM employee who is currently employed by Frontline.  Defendants lack sufficient information to either admit or deny the remaining allegations and, therefore, they are denied.

37.     Answering Paragraph 37 of the Complaint, Defendants deny the same.

38.     Answering Paragraph 38 of the Complaint, Defendants deny the same.

39.     Answering Paragraph 39 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

40.     Answering Paragraph 40 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

41.     Answering Paragraph 41 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 8

WBM
WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

42.     Answering Paragraph 42 of the Complaint, Defendants deny the same.

43.     Answering Paragraph 43 of the Complaint, Defendants deny the same.

44.     Answering Paragraph 44 of the Complaint, Defendants deny the same.

45.     Answering Paragraph 45 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

46.     Answering Paragraph 46 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

47.     Answering Paragraph 47 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

48.     Answering Paragraph 48 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

49.     Answering Paragraph 49 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 9

WBM
WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

50.     Answering Paragraph 50 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

51.     Answering Paragraph 51 of the Complaint, Defendants deny the same.

52.     Answering Paragraph 52 of the Complaint, Defendants deny the same.

53.     Answering Paragraph 53 of the Complaint, Defendants deny the same.

54.     Answering Paragraph 54 of the Complaint, Defendants admit Mr. McLaughlin sent an email to Jill Beedle with Kittitas County on August 7, 2025. Defendants deny Plaintiffs' characterization of that email, the content of which speaks for itself.

55.     Answering Paragraph 55 of the Complaint, Defendants deny the same.

56.     Answering Paragraph 56 of the Complaint, Defendants deny the same.

57.     Answering Paragraph 57 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

58.     Answering Paragraph 58 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.



WBM WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

59.     Answering Paragraph 59 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

60.     Answering Paragraph 60 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

61.     Answering Paragraph 61 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

62.     Answering Paragraph 62 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

63.     Answering Paragraph 63 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

64.     Answering Paragraph 64 of the Complaint, Defendants deny the same.

65.     Answering Paragraph 65 of the Complaint, Defendants deny the same.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 11

WBM
WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

66.    Answering Paragraph 66 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

67.    Answering Paragraph 67 of the Complaint, Defendants deny the same.

68.    Answering Paragraph 68 of the Complaint, Defendants deny the same.

69.    Answering Paragraph 69 of the Complaint, Defendants deny the same.

## V.    CAUSES OF ACTION

70.    Answering Paragraph 70 of the Complaint, Defendants reallege the responses stated in paragraphs 1-69 above.

71.    Answering Paragraph 71 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

72.    Answering Paragraph 72 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

73.    Answering Paragraph 73 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 12

WBM WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

74.    Answering Paragraph 74 of the Complaint, Defendants deny the same.

75.    Answering Paragraph 75 of the Complaint, Defendants deny the same.

76.    Answering Paragraph 76 of the Complaint, Defendants deny the same.

77.    Answering Paragraph 77 of the Complaint, Defendants deny the same.

78.    Answering Paragraph 78 of the Complaint, Defendants deny the same.

79.    Answering Paragraph 79 of the Complaint, Defendants deny the same.

80.    Answering Paragraph 80 of the Complaint, Defendants deny the same.

81.    Answering Paragraph 81 of the Complaint, Defendants reallege the responses stated in paragraphs 1-80 above.

82.    Answering Paragraph 82 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

83.    Answering Paragraph 83 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

84.    Answering Paragraph 84 of the Complaint, Defendants deny the same.

85.    Answering Paragraph 85 of the Complaint, Defendants deny the same.

86.    Answering Paragraph 86 of the Complaint, Defendants deny the same.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 13

WBM  WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

87.     Answering Paragraph 87 of the Complaint, Defendants deny the same.

88.     Answering Paragraph 88 of the Complaint, Defendants deny the same.

89.     Answering Paragraph 89 of the Complaint, Defendants deny the same.

90.     Answering Paragraph 90 of the Complaint, Defendants deny the same.

91.     Answering Paragraph 91 of the Complaint, Defendants reallege the responses stated in paragraphs 1-90 above.

92.     Answering Paragraph 92 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

93.     Answering Paragraph 93 of the Complaint, Defendants lack sufficient information to either admit or deny the allegations and, therefore, the allegations are denied.

94.     Answering Paragraph 94 of the Complaint, Defendants deny the same.

95.     Answering Paragraph 95 of the Complaint, Defendants deny the same.

96.     Answering Paragraph 96 of the Complaint, Defendants deny the same.

97.     Answering Paragraph 97 of the Complaint, Defendants deny the same.

98.     Answering Paragraph 98 of the Complaint, Defendants deny the same.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 14

WBM  WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

99.     Answering Paragraph 99 of the Complaint, to the extent the allegations contain legal conclusions, no response is necessary.  Plaintiffs' ability to amend is governed by applicable law and court rules.

## VI.     <u>DEFENDANT'S AFFIRMATIVE DEFENSES</u>

Subject to further discovery and investigation, Defendants asserts the following affirmative defenses to Plaintiffs' Complaint, and each cause of action therein:

1.     **Failure to State a Claim -** Plaintiffs' Complaint fails to a claim upon which relief can be granted.

2.     **No Trade Secret Exists –** Plaintiffs' claims fail because some or all of the information Plaintiffs claim as trade secret does not qualify for protection under WUTSA or DTSA because it is: (a) generally known to the public, (b) readily ascertainable by proper means, or (c) lacks in independent economic value.

3.     **No Reasonable Measures to Protect Secrecy –** Some or all of Plaintiffs' claims fail because Plaintiffs failed to take reasonable measures to maintain the secrecy of the alleged trade secrets.

WBM WITHERSPOON BRAJCICH MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

4.    **Independent Development -** Some or all of Plaintiffs' claims fail as information possessed or used by Defendants was developed independently without access to or use of Plaintiffs' alleged trade secrets.

5.    **Prior Knowledge -** Some or all of Plaintiffs' claims fail because Defendants had prior lawful knowledge of the information alleged to be a trade secret obtained through legitimate means before any alleged misappropriation.

6.    **Statute of Limitations -** Some or all of Plaintiffs' claims fail to the extent they have not been asserted within the applicable statute of limitations.

7.    **No Misappropriation Occurred -** Some or all of Plaintiffs' claims fail because Defendants did not acquire, disclose, or use any trade secret of Plaintiffs through improper means.

8.    **Legitimate Business Justification -** Some or all of Plaintiffs' claims fail because any improper conduct alleged by Plaintiffs was justified by a legitimate business purpose and not undertaken to gain improper access to Plaintiffs' confidential information.

9.    **Equitable Doctrines (Waiver, Estoppel, Laches, Unclean Hands) -** Some or all of Plaintiffs' claims fail and are barred, in whole or in part, by one or more equitable doctrines, including, waiver, estoppel, laches or unclean hands.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 16



A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

10.    **Failure to Mitigate -** Some or all of Plaintiffs' claims fail to the extent Plaintiffs failed to mitigate their alleged damages, if any.

11.    **Intervening or superseding cause** – Some, or all, of the damages alleged to have occurred due to Defendants alleged unlawful conduct were not proximately caused by the Defendants' conduct due to independent acts or factors breaking the causal chain.

12.    **Reservation of Rights -** Defendants reserve the right to assert additional defenses as they become known through discovery or further factual investigation.

## VII. <u>COUNTERCLAIMS</u>

### A. Parties

1.    Counterclaimant DEA incorporated, d/b/a Frontline ("Frontline") is a Washington Corporation with its principal place of business in Spokane County, Washington.

2.    Counterclaim Defendant Eastern Communications Ltd., LLC ("Eastern") is a New York limited liability company with its principal place of business in Queens, New York.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 17

WBM    WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

3.      Counterclaim Defendant RACOM Corporation ("RACOM") is a Delaware corporation with its principal place of business in Marshalltown, Iowa. RACOM is a wholly owned subsidiary of Eastern.

4.      Eastern and RACOM (together referred to herein as "RACOM") provide customers with communications equipment, infrastructure, field replacement parts, and technical and maintenance services. Many of RACOM's customers are in the fields of public safety, transportation, and utilities.

**B. Jurisdiction and Venue**

5.      This Court has jurisdiction over the Frontline's counterclaims against RACOM pursuant to 18 U.S.C. § 1367 and Fed. R. Civ. P. 13(b).

6.      Venue is proper in the Eastern District of Washington Under 28 U.S.C. §§1391(b)(2).

**C. Factual Allegations**

7.      RACOM commenced this lawsuit against Frontline and Steve McLaughlin on August 18, 2025, alleging three claims: 1) Misappropriation of Trade Secrets under 18 U.S.C. § 1836, *et seq*., Misappropriation of Trade Secrets under Washington State law, RCW 19.108, *et seq*., and Tortious Interference with

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 18

WBM
WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

Business Relationships and Expectancies under common law. ECF No. 1. Defendants Frontline and McLaughlin have denied these claims.

8.    Among the services Frontline provides is equipping customers with communication equipment, such as radios, emergency, and scene lighting for vehicles, as well as other after-market and purpose-driven add-ons to essential equipment ("Communication Devices"). Frontline engages in business within the emergency communications and equipment industry, and its customers include public utilities, local and county governments, and emergency response agencies.

9.    RACOM is a competitor of Frontline, sells Communication Devises, is engaged in the same industry within the same geographic region, and provides a similar scope of services as Frontline does.

10.    Frontline currently employs some individuals who were previously employees of RACOM.

11.    Lee Copple, a career salesperson in the Communication Device industry, is a former RACOM employee and a current Frontline employee.

12.    Throughout his long career in the Communication Device industry, Mr. Copple has acquired substantial skill and knowledge in the industry and has cultivated valuable professional industry relationships.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 19

WBM
WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

13.    Upon information and belief, the trust and credibility gained by Mr. Copple from these personal relationships, together with his industry expertise, is considered valuable to customers.

14.    On or about February 28, 2025, Mr. Copple terminated his employment with RACOM and thereafter began working at Frontline on or about March 17, 2025.

15.    Mr. Copple's skill, knowledge and reputation in the Communication Device industry was a major reason he was hired by Frontline.

16. Upon information and belief, customers within the Communication Device industry value Mr. Copple's skill, knowledge, expertise and quality of service.

17.    As a Frontline employee, Mr. Copple has not solicited RACOM customers with whom he dealt while employed by RACOM. However, after he left RACOM some RACOM customers transferred their accounts to Frontline due, at least in part, to their prior professional relationships with Mr. Copple and the quality of service he provided.

18.    After Mr. Copple's departure from RACOM, and during his tenure with Frontline, RACOM, through its agents and representatives, either

WBM
WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

intentionally or negligently sent quotes to clients, or perspective clients, bearing Mr. Copple's name, falsely suggesting Mr. Copple was still employed by RACOM and using Mr. Copple's name to either retain or acquire new business.

19.    RACOM's use of Mr. Copple's name on documents during the sales process resulted in customers believing Mr. Copple was still employed by RACOM and upon information and belief, customers continued conducting business with RACOM based on the false impression created by RACOM that it still employed Mr. Copple.

20.    Upon learning that in actuality Mr. Copple was no longer employed by RACOM, despite his name misleadingly appearing on RACOM quote sheets, customer(s) proceeded to conduct business with Frontline instead of RACOM.

### D. COUNTERCLAIM CAUSES OF ACTION

**COUNT ONE – Tortious Interference with Prospective Business Advantage**

21.    Frontline re-alleges all facts and allegations in the foregoing paragraphs.

22.    Mr. Copple has a sterling reputation in the Communication Device industry and has very good professional relationships with many employees of customers in that industry that he has cultivated over his multi-decade career.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 21



WBM  WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

23.    Upon information and belief, many customers have taken their business to companies employing Mr. Copple over his lengthy career because of their desire to avail themselves of his skill and industry knowledge and to retain the same high-quality services he provides.

24.    RACOM's intentional or negligent misrepresentation that it employed Mr. Copple after his employment ended created a false impression that Mr. Copple was still providing services on behalf of RACOM rather than RACOM's competitor Frontline.  This unreasonably and unjustifiably interfered with business opportunities Frontline could reasonably have expected to obtain after it hired Mr. Copple.

25.    RACOM used improper means and methods in conducting business by misrepresenting to customers, or potential customers, that it still employed Mr. Copple after his employment with RACOM ended and this unreasonably interfered with Frontline's legitimate business expectations.

26.    Frontline is currently aware of multiple customers and potential customers who have received false and misleading quotes from RACOM bearing Mr. Copple's name long after his employment with RACOM ended and to date at

WBM
WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

least one of them then began doing business with Frontline after learning of RACOM's misrepresentation.

27.    As a result of RACOM's interference with Frontline's business expectancies, Frontline has suffered damages in an amount to be established at trial.

### COUNT TWO – VIOLATION OF WASHINGTON'S CONSUMER PROTECTION ACT

28.    Frontline re-alleges all facts and allegations in the foregoing paragraphs.

29.    RACOM engaged in an unfair or deceptive practice by representing to customers that Lee Copple, a former sales manager with a sterling reputation, still worked at RACOM when he in fact was employed by RACOM's competitor - Frontline.

30.    RACOM engaged in a deceptive practice by sending quote sheets to customers bearing Mr. Copple's name when he in fact did not work for RACOM, which reasonably conveyed to the putative customer that they were being serviced by an individual they were familiar with and trusted.



WBM WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

31.    Upon information and belief, RACOM's deceptive conduct was perpetuated against multiple customers for the purpose of procuring sales within the scope of its business.

32.    Frontline was injured by RACOM's deceptive practices because, upon information and belief, had customers known Mr. Copple's true employer they would have ceased relations with RACOM and sought service from Frontline.

33.    Upon information and belief, at least one customer who received a quote from RACOM bearing Mr. Copple's name after his employment with RACOM ended became a Frontline customer serviced by Mr. Copple after it learned of the misrepresentation.

34.    Upon information and belief, additional customers have received RACOM quotes bearing Mr. Copple's name after his employment with RACOM ended.

35.    Given the nature of its conduct to date, it is likely RACOM continues to engage in the practice of sending putative customers quote sheets bearing Mr. Copple's name.

36.    RACOM's deceptive practices not only harm Frontline due to lost sales and/or service transactions from customers who wish to do business with Mr.

WBM
WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

Copple but also misrepresents to customers the identity of the person servicing their orders, and therefore the quality, expertise, and responsiveness they can expect.

37.     As a result of RACOM's unfair or deceptive practices, Frontline has suffered damages in an amount to be established at trial, including exemplary damages allowed by law and attorney fees.

### E. JURY DEMAND

38.     With regard to its counterclaims, Frontline hereby demands a jury trial. Fed. R. Civ. P. 38(b).

### F. RESERVATION OF RIGHTS

39.     Frontline reserves the right to add other parties to this lawsuit and make additional allegations and claims as may be warranted based on discovery.

### G. PRAYER FOR RELIEF

WHEREFORE, having fully answered the allegations contained in the Complaint, and having asserted its affirmative defenses, Defendants and Counterclaim Plaintiff pray that:

1.     Plaintiffs' requests for relief be denied;

2.     Plaintiffs take nothing under the Complaint, and that the Complaint be

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 25



A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

dismissed with prejudice;

3.    Judgment on Plaintiffs' claims be entered in favor of Defendants;

4.    As it relates to Defendant's counterclaims, for permanent injunctive relief halting and prohibiting Plaintiffs' unlawful actions;

5.    As it relates to Defendant's counterclaims, for compensatory damages in an amount to be proven at trial;

6.    As it relates to Defendant's counterclaims, for prejudgment interest at the maximum legal rate allowed by law;

7.    As it relates to Defendant's counterclaims, the maximum allowable award under the Washington State Consumer Protection Act, RCW 19.86 *et seq*., including but not limited to, actual damages, treble damages, attorney's fees, and statutory costs;

8.    The Court award Defendants and Counterclaim Plaintiff the costs, expenses, and attorneys' fees incurred to defend against the claims asserted in the Complaint and in connection with the Counterclaims; and

9.    For such other and further relief as the Court may deem just, equitable, and proper.

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 26



A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

Respectfully submitted this 24th day of September 2025.


WITHERSPOON BRAJCICH MCPHEE, PLLC


By: /s/*Bryce J. Wilcox*
      Bryce J. Wilcox, WSBA #21728
      Nicholas C. Briggs, WSBA #63583
      Witherspoon Brajcich McPhee, PLLC
      601 W. Main Ave., Suite 14000
      Spokane, WA 99201
      Phone: (509) 455-9077
      Fax: (509) 624-6464
      Email: bwilcox@workwith.com

      Attorneys for Defendant and Counterclaim
      Plaintiff DEA Incorporated and Steve
      McLaughlin

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 27



601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing *Defendant DEA Incorporated d/b/a Frontline Communication System and Steve McLaughlin's Amended Answer and Counterclaims* through the Court's CM/ECF system on the 24th day of September 2025.  Notification of this filing will be automatically sent to all counsel of record.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 24 day of September 2025.


/s/ Bryce J. Wilcox
Bryce J. Wilcox, WSBA #21728

DEFENDANTS DEA INCORPORATED d/b/a
FRONTLINE COMMUNICATION SYSTEM AND STEVE
MCLAUGHLIN'S AMENDED ANSWER AND
COUNTERCLAIMS - 28



A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441