Taylor Washburn, WSBA No. 51524
Erin M. Wilson, WSBA No. 42454
Andrew W. Gust, WSBA No. 64095
BALLARD SPAHR LLP
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone: 206.223.7000
washburnt@ballardspahr.com
wilsonem@ballardspahr.com
gusta@ballardspahr.com

*Attorneys for Plaintiffs-Counterclaim Defendants RACOM Corporation and Eastern Communications, Ltd., LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| RACOM CORPORATION, a Delaware corporation, and EASTERN COMMUNICATIONS, LTD., LLC, a New York limited liability company,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DEA INCORPORATED d/b/a FRONTLINE COMMUNICATIONS SYSTEMS, a Washington corporation; and STEVE MCLAUGHLIN, an individual,<br><br>　　　　　　　　Defendants. | Case No. 2:25-cv-00312<br><br>**(PROPOSED) ORDER GRANTING MOTION TO DISMISS** |

(PROPOSED) ORDER GRANTING MOTION TO DISMISS - 1
NO. 2:25-cv-00312

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

THIS MATTER having come before the Court upon Plaintiffs-Counterclaim Defendants RACOM Corporation and Eastern Communications, Ltd., LLC's Motion to Dismiss Defendant DEA Incorporated d/b/a Frontline Communications Systems' Counterclaims under Federal Rule of Civil Procedure 12(b)(6), and the Court having considered the Motion and all pleadings filed by all parties relating to the Motion, it is hereby ORDERED that the Motion to Dismiss is GRANTED and Counts One and Two of the Counterclaims are DISMISSED.

DATED this ___ day of _____, 2026.

_____
The Honorable Mary K. Dimke
United States District Judge

(PROPOSED) ORDER GRANTING MOTION TO DISMISS - 2
NO. 2:25-cv-00312

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

Presented by:

BALLARD SPAHR LLP

*s/ Taylor Washburn*
Taylor Washburn, WSBA No. 51524
Erin M. Wilson, WSBA No. 42454
Andrew W. Gust, WSBA No. 64095
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone: 206.223.7000
washburnt@ballardspahr.com
wilsonem@ballardspahr.com
gusta@ballardspahr.com

*Attorneys for Plaintiffs-Counterclaim Defendants RACOM Corporation and Eastern Communications, Ltd., LLC*

(PROPOSED) ORDER GRANTING MOTION TO DISMISS - 3
NO. 2:25-cv-00312

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107