HONORABLE MARY K. DIMKE

Taylor Washburn, WSBA No. 51524
Erin M. Wilson, WSBA No. 42454
Andrew W. Gust, WSBA No. 64095
BALLARD SPAHR LLP
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone: 206.223.7000
washburnt@ballardspahr.com
wilsonem@ballardspahr.com
gusta@ballardspahr.com

*Attorneys for Plaintiffs-Counterclaim Defendants RACOM Corporation and Eastern Communications, Ltd., LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| RACOM CORPORATION, a Delaware corporation, and EASTERN COMMUNICATIONS, LTD., LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DEA INCORPORATED d/b/a FRONTLINE COMMUNICATIONS SYSTEMS, a Washington corporation; and STEVE MCLAUGHLIN, an individual,<br><br>Defendants. | Case No. 2:25-cv-00312-MKD<br><br>**STIPULATED MOTION TO AMEND SCHEDULING ORDER (ECF NO. 21)**<br><br>**01/05/2026**<br>**Without Oral Argument** |

Plaintiffs RACOM Corporation and Eastern Communications, Ltd., LLC (together, "RACOM"), and Defendants DEA Incorporated d/b/a Frontline Communications Systems ("Frontline") and Steve Mclaughlin by and through their counsel of record in this case, stipulate and agree as follows:

1. The Court entered the Scheduling Order on October 23, 2025 (ECF No. 21).

STIPULATED MOTION TO AMEND
SCHEDULING ORDER (ECF NO. 21) - 1
NO. 2:25-cv-00312-MKD

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

2. Plaintiffs have diligently prepared their expert disclosures in accordance with the schedule but require a modest extension.

3. The current deadline for Plaintiff's initial expert reports is December 8, 2025.

4. Plaintiffs respectfully request, with Defendants' consent, that the Court amend the Scheduling Order pursuant to Fed. R. Civ. P. 16(b)(4) and extend the initial expert report deadline from December 8, 2025 to December 22, 2025.

5. The current deadline for Defendants' initial expert reports is January 5, 2026.

6. In response to moving the initial report deadline, the parties request that the deadline for Defendant's initial expert reports be extended from January 5, 2026 to January 19, 2026.

7. The current deadline for Plaintiff's rebuttal expert reports is February 6, 2026.

8. In response to moving the initial report deadline, the parties also seek to extend the deadline for Plaintiff's rebuttal expert reports from February 6, 2026 to February 13, 2026.

NOW THEREFORE, by and through their respective counsel of record, the Parties stipulate and agree that:

1. The deadline for Plaintiff's initial expert reports shall be extended from December 8, 2025 to December 22, 2025;

2. The deadline for Defendant's initial expert reports shall be extended from January 5, 2026 to January 19, 2026; and

3. The deadline for Plaintiff's rebuttal expert reports shall be extended from February 6, 2026 to February 13, 2026.

4. All other dates entered by the Court in the Scheduling Order (ECF No. 21) remain unchanged.

STIPULATED MOTION TO AMEND
SCHEDULING ORDER (ECF NO. 21) - 2
NO. 2:25-cv-00312-MKD

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

Agreed and stipulated on December 3, 2025.

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| *s/ Taylor Washburn* | *s/ Bryce J. Wilcox* |
| Taylor Washburn, WSBA No. 51524<br>Erin M. Wilson, WSBA No. 42454<br>Andrew W. Gust, WSBA No. 64095<br>Ballard Spahr LLP<br>1301 Second Avenue, Suite 2800<br>Seattle, Washington 98101<br>Telephone:  206.223.7000<br>washburnt@ballardspahr.com<br>wilsonem@ballardspahr.com<br>gusta@ballardspahr.com | Bryce J. Wilcox, WSBA No. 21728<br>Nicholas C. Briggs, WSBA No. 63583<br>Witherspoon Brajcich McPhee, PLLC<br>601 W. Main Ave., Suite 14000<br>Spokane, WA 99201<br>Telephone:  509.455.9077<br>bwilcox@workwith.com<br>nbriggs@workwith.com |
| *Attorneys for Plaintiffs-Counterclaim Defendants RACOM Corporation and Eastern Communications, Ltd., LLC* | *Attorneys for Defendants DEA Incorporated and Steve McLaughlin and Counterclaim Plaintiff DEA Incorporated* |

STIPULATED MOTION TO AMEND
SCHEDULING ORDER (ECF NO. 21) - 3
NO. 2:25-cv-00312-MKD

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused a copy of the foregoing document to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the attorneys of record.

I affirm under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

SIGNED December 3, 2025, at Seattle, Washington.

*s/ Terri L. Zimmerman*
Terri L. Zimmerman
Legal Assistant

STIPULATED MOTION TO AMEND
SCHEDULING ORDER (ECF NO. 21) - 4
NO. 2:25-cv-00312-MKD

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107