HONORABLE MARY K. DIMKE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### AT SPOKANE

| | |
|---|---|
| RACOM CORPORATION, a Delaware corporation, and EASTERN COMMUNICATIONS, LTD., LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DEA INCORPORATED d/b/a FRONTLINE COMMUNICATIONS SYSTEMS, a Washington corporation; and STEVE MCLAUGHLIN, an individual,<br><br>Defendants. | Case No. 2:25-cv-00312-MKD<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER (ECF NO. 21)** |

Before the Court is the Parties' Stipulated Motion to Amend the Scheduling Order, ECF No. 21. The Court reviewed the Stipulated Motion and the files and records herein and finds good cause to grant the Stipulated Motion.

Accordingly, IT IS HEREBY ORDERED:

1. The deadline for Plaintiff's initial expert reports shall be extended from December 8, 2025 to December 22, 2025;

2. The deadline for Defendant's initial expert reports shall be extended from January 5, 2026 to January 19, 2026; and

ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER (ECF NO. 21) - 1
NO. 2:25-cv-00312-MKD

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

3. The deadline for Plaintiff's rebuttal expert reports shall be extended from February 6, 2026 to February 13, 2026.

4. All other dates entered by the Court in the Scheduling Order (ECF No. 21) remain unchanged.

Dated:_____, 2025

_____
THE HONORABLE MARY K. DIMKE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| *s/ Taylor Washburn* | *s/ Bryce J. Wilcox* |
| Taylor Washburn, WSBA No. 51524<br>Erin M. Wilson, WSBA No. 42454<br>Andrew W. Gust, WSBA No. 64095<br>Ballard Spahr LLP<br>1301 Second Avenue, Suite 2800<br>Seattle, Washington 98101<br>Telephone: 206.223.7000<br>washburnt@ballardspahr.com<br>wilsonem@ballardspahr.com<br>gusta@ballardspahr.com | Bryce J. Wilcox, WSBA No. 21728<br>Nicholas C. Briggs, WSBA No. 63583<br>Witherspoon Brajcich McPhee, PLLC<br>601 W. Main Ave., Suite 14000<br>Spokane, WA 99201<br>Telephone: 509.455.9077<br>bwilcox@workwith.com<br>nbriggs@workwith.com |
| *Attorneys for Plaintiffs-Counterclaim Defendants RACOM Corporation and Eastern Communications, Ltd., LLC* | *Attorneys for Defendants DEA Incorporated and Steve McLaughlin and Counterclaim Plaintiff DEA Incorporated* |

ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER (ECF NO. 21) - 2
NO. 2:25-cv-00312-MKD

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107